**PRISONER CASE**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**FILED**
JUN 03 2008
Jun 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** United States of America ex rel. JAMES WORTHEM

**Defendant(s):** ROGER E. WALKER, JR., etc., et al.

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**
James Worthem
B-12624
Stateville - STV
P.O. Box 112
Joliet, IL 60434

**Defendant's Attorney:**
Chief of Criminal Appeals
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
✓ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases O**

Plaintiff:

Defendant:

**08CV 3200**
**JUDGE KENDALL**
**MAGISTRATE JUDGE COX**

**Origin:**
✓ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes ✓ No

**Signature:** A. E. Worthem  **Date:** 06/03/2008

Can NOT be Leinenweber