# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RECEIVED

JUN -3 2008 arw

United States of America ex rel.

James Wuertem # B-12624 *200700-7905*
(Full name and prison number) (A.K.A) David Scott
(Include name under which convicted)

**PETITIONER**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV 3200
JUDGE KENDALL
MAGISTRATE JUDGE COX

vs.

Director Roger E. Walker Jr.
(Warden, Superintendent, or authorized
person having custody of petitioner)

**RESPONDENT, and**

**(Fill in the following blank only if judgment
attacked imposes a sentence to commence
in the future)**

**ATTORNEY GENERAL OF THE STATE OF**

Illinois
(State where judgment entered)

RP        **FILED**

**JUNE 5, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number of State Court Conviction:

07CR09711

## PETITION FOR WRIT OF HABEAS CORPUS -- PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered: Circuit Court of
Skokie, 5600 Old Orchard Road, Skokie Ill, 60077

2. Date of judgment of conviction: February 4th of 2008

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
Robbery

4. Sentence(s) imposed: # 20 years to IDOC under 50% on 5/8/08

5. What was your plea? (Check one)
   (A) Not guilty   ( ✓ )
   (B) Guilty        ( )
   (C) Nolo contendere ( )

If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

## PART I -- TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one):      Jury ( )      Judge only ( ✓ )

2. Did you testify at trial?    YES ( ✓ )        NO      ( )

3. Did you appeal from the conviction or the sentence imposed? YES ( ✓ )   NO ( )

   (A)  If you appealed, give the

     (1) Name of court: ?_____

     (2) Result: _____

     (3) Date of ruling: _____

     (4) Issues raised: No probable cause, State Alleges that C.P.D.
     Destroyed sole evidence that provides probable cause
     and C.P.D. never had search or Arrest warrant/ineffective Asst
     Violation of my speedy trial right. Judge Denied all of counsel motions

   (B)  If you did not appeal, explain briefly why not:

     _____

     _____

4. Did you appeal, or seek leave to appeal, to the highest state court?   YES ( )      NO ( ✓ )

   (A)  If yes, give the

     (1) Result _____

     (2) Date of ruling: _____

     (3) Issues raised: _____

     _____

     _____

   (B)  If no, why not: because I'm totally innocent and Appeal takes to long

5. Did you petition the United States Supreme Court for a writ of *certiorari*?  Yes ( )   No ( ✓ )

   If yes, give (A) date of petition: _____  (B) date *certiorari* was denied: _____

## PART II -- COLLATERAL PROCEEDINGS

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

YES ( )   NO (✓)

With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

A.   Name of court: _____

B.   Date of filing: _____

C.   Issues raised: _____

_____

D.   Did you receive an evidentiary hearing on your petition?   YES ( )   NO (✓)

E.   What was the court's ruling? _____

F.   Date of court's ruling: _____

G.   Did you appeal from the ruling on your petition?   YES ( )   NO (✓)

H.   (a) If yes,   (1) what was the result? _____

(2) date of decision: _____

(b) If no, explain briefly why not: _I am innocent, I should be home_

I.   Did you appeal, or seek leave to appeal this decision to the highest state court?

YES ( )   NO (✓)

(a) If yes,   (1) what was the result? _____

(2) date of decision: _____

(b) If no, explain briefly why not: _I am innocent. (Schlup Gateway)_

3

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?   YES (✓)      NO ( )

A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

1. Nature of proceeding      ~~APRil 20th About of 08~~ Judge Denied it - H.C.

2. Date petition filed      APRil 20th of 08

3. Ruling on the petition      Judge Denied it 5/8/08

3. Date of ruling      5/8/08

4. If you appealed, what was      ?
   the ruling on appeal?

5. Date of ruling on appeal      _____

6. If there was a further appeal,      _____
   what was the ruling ?

7. Date of ruling on appeal      _____

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?
   YES ( )   NO (✓)

   A. If yes, give name of court, case title and case number: _____

   _____

   B. Did the court rule on your petition?  If so, state

   (1) Ruling: _____

   (2) Date: _____

**4. WITH RESPECT TO THIS CONVICTION OR SENTENCE, ARE THERE LEGAL PROCEEDINGS PENDING IN ANY COURT, OTHER THAN THIS PETITION?**

YES (✓)   NO ( )

If yes, explain: CIVIL ~~(att)~~ Suits Within the Federal
CouRTs by Way of 1983 and Bivens. and I Appealed
the Guilty verdict and Judge Denied all of My
Motions.

4

**PART III -- PETITIONER'S CLAIMS**

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one   NO Probable Cause AT ALL

Supporting facts (tell your story briefly without citing cases or law):

ON 8/3/07, I personally told P.D. that I am being held hostage against My will and am Illegally Detained. Judge told P.D. to Make a motion to Quash arrest. On 11/5/07, Judge Mahon asked the state where is probable cause, state Replied that "victim" picked me and 5 others off of computer but stated that C.P.D. have not handed those Requested Brady Material over to defense (Their Destroyed) Police Report states Alleged Lady victim is a man and sustained no injuries and no hospital as All Claimed on the stand.

(B) Ground two   NO ARRest warrants or Search warrants.

Supporting facts:

ON 4/22/07, An Alleged Robbery took place at which My 3 Doors were kicked off it's hinges by C.P.D. without there being any Search warrant nor were there any exigency circumstances and C.P.D. Illegally Arrested My Common Law wife but Later Released Her Due to no probable cause, no evidence nor Did C.P.D. Seize My Person. They never took Alleged victim before a Judge to Get An Arrest Warrant for My arrest, C.P.D. Illegally Arrested Me on 4/23/07, 26 hours After Alleged crime and they Used excessive force against My Person and in breaking down My Doors to Apt. (NO probable cause) Mistaken Identity.

5



(C) Ground three **Ineffective Assistance of counsel**
Supporting facts: P.D. withdrew off case after Judge found me Guilty. Assistant public Defender Jonathan Voughere not once objected to the Admittance of any victim/wits Refused to take the stand with the knowledge that C.P.D. Destroyed all of Alleged photos that was shown to Robbery victim and victim is an illegal Alien, P.D. told me that if I chose a Jury trial that he would not represent me at all and only wanted A Plea.

(D) Ground four **Assault/excessive force in/out of court Room**
Supporting facts:
On 9/26/07, for exercising my 1st Amend Right to Freedom of Speech, I was violently assaulted both inside and outside of court Room and sent to outside hospital by the court Room bailiff and Judge or state Never had the bailiff Removed from court Room but instead left me in the Danger Zone all the way upto my trial on 2/4/08, Judge found me Guilty and bailiff told me that unless I Dropped my charges against him that Judge would find me Guilty. he did! Judge violated canon laws 61 thru 65

2   Have all grounds raised in this petition been presented to the highest court having jurisdiction?
YES ( )   NO (✓)

3.  If you answered "**NO**" to question (16), state briefly what grounds were not so presented and why not:
There are so Many Federal const. Violations and to take up my issues to highest court would take years, I am Innocent! And I have 3 beautiful kids

6

## PART IV -- REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing _Ms. Eileen Frazier, 5555 W Grand, Chicgo Il, 60639_

(B) At arraignment and plea _Jonathan vangher - 5600 old orchard RD. Skokie Il, 60077_

(C) At trial _Jonathan vangher (P.D.) 5600 old orchard RD. Skokie Ill, 60077_

(D) At sentencing _Pro-se_

(E) On appeal _I Appealed pro-se but Requested Appellate Defender._

(F) In any post-conviction proceeding _____

(G) Other (state): _____

## PART V -- FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES (  )    NO (X)

Name and location of the court which imposed the sentence: _Skokie court house, 5600 old orchard RD._

Date and length of sentence to be served in the future _# 5/8/08 - sentenced to 20 yRS IDOC._

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: _5/8/08_
(Date)

_James Worthem_ - PRO-SE
Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

_James Worthem_
(Signature of petitioner)

_~~2607057005~~ B-12624_
(I.D. Number)

_~~2700 S. california, Chicago Ill, 60608~~_
(Address)

_P.O. Box 112_
_Joliet Ill, 60434_

REVISED 01/01/2001

7

# AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY.

I, ANNETTE GARCIA, Witness on behalf of JAMES M. WORTHEM # 07CR09711 DO herebye declare and affirm UNDER penalty OF PERJURY as defined in "725 ZLCS 5/1-109 that Everything contained herein is true and accurate to the best of My Knowledge and belief. I further declare and affirm that the contents OF the fore going document(s) are Known to me And are accurate to the best of My Knowledge and belief. Finally z DO Declare and affirm that the MATTER at hand is not taken either frivolously or MAliciously and THat z believe the foregoing Matter is taken in good faith.

Signed on this 27th Day of February, 2008

/S/ Annette Garcia

Feb 27 2008

OFFICIAL SEAL
DEBORAH CRUMBLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/10

D.

I, Annette Garcia, was illegally arrested and charged with an assault on an alleged victim "Solis Concepcion" on 4/22/07 at approximately 7PM but was later released from the 25th District police station at around 4AM on 4/23/07. C.P.D. was wittnessed by me not once but twice by kicking down 3 of our Apartment doors as nobody was home. C.P.D. had no search warrant and told me that they didn't need any search warrant nor did they visualize anybody going in or out of my residence and they jumped over the back gate in order to gain entry to back porch. C.P.D. did not even knock and announce their presence, they drew guns and began kicking in my doors. I never gave C.P.D. the name of my common law husband. My mother Ivanita Ramirez called my cell phone while I was hand cuffed and officer answered phone call and asked my mom who my husband is. My mother or I have ever wittnessed "James Worthem" committ any crimes nor have I never been a reliable source or informant for C.P.D. James Worthem was working hard out here and being a family man and taxing responsibility for his family. We are both victims in this case, I never opened up any Gate for James, he has his own house keys, why wouldn't he, it's our place and we pay rent. I was and am the victim of that illegal search and seizure and thats why C.P.D. let me go on an I. bond because they never had any probable cause to search and seize my person in the first place. Also P.D. John Vaugher called me over the phone right before the start of trial on 1/22/08 and told me that even though I was sent a subpoena to testify on Mr. Worthems behalf as I was very much willing to do that I'd get into trouble and that my credibility wouldn't be good because I was now on parole and since I'm ignorant toward the legal world I felt scared and didn't show up, but C.P.D. never showed me any photo of my

imman law husband until after I was taken to the police station and long After the use of excessive force upon my Apt. Doors. Also take note that he same Judge John J. Moran of whom found James Worthem guilty, Also had me plead guilty to an offense of D.U.I. that I was not Guilty of for A 1 year I.D.O.C. sentence that was later found to be wrong on C.P.D. officers of whom was discredited and publicized on the news of illegally writing up and arresting over 100 D.U.I tickets but nobody has yet taken away this wrongful conviction. I was sentenced to 1year on 8/3/07, everytime I Appeared before the court, P.D. John Vougher constantly told me that he would set up a meeting for James and I together if I could convince James to back off and not too take a Jury trial and I even told P.D. that when the Detectives again broke Down my doors, I seen them out of my back window throw something on the Roof of the building, but when I asked them about that and of the Reason why their again Kicking down the Doors that my husband had had nail shut, they then broke 2 padlocks off of A cabinet that held our private papers and they told me to shut the fuck up and that they were Looking for Drugs and Guns. I then seen the fire Dept come and get up on the Roof but I still don't know what was Retrieved if anything. This is my testimony and I'm willing to testify to the truth of all these and the court is wrong in finding James Worthem Guilty of A crime he didnt committ and C.P.D. Illegally Arrested him without any Arrest or Search warrant and no probable cause whatsoever and the P.D. did not object to the States Introduction of the witnesses testimony About some Alleged pictures that provided probable cause over the Internet but was Destroyed and in Violation of my husbands 4th and 14th Amendments. /s/ Brunette garcia

**INDEPENDENT POLICE REVIEW AUTHORITY**
CHICAGO POLICE DEPARTMENT
Citizen Interview Report
___ Complainant _X_ Victim   Witness (check one)

Date 05 Feb 08

Log #1012711

| Name of Person Interviewed | SS#/Form of ID | Sex | Race | Date of Birth |
|---|---|---|---|---|
| Annette Garcia | 6200-0068-8383G | F | H | 21 Aug 68 |

| Address | Telephone No. | Work or Other Contact No. |
|---|---|---|
| 1540 N. Harding, Chicago, IL 60651 | 773-875-6138 | |

| Location of Incident | Date of Incident | Time of Incident |
|---|---|---|
| 3958 W. Grand Ave. | 22 Apr 07 | 1710 hours |
| | 25 Apr 07 | 2000 hours |

| Location of Interview | Time of Interview |
|---|---|
| O.P.S., 10 W. 35th St. | 1000 hours |

Investigator Roberto Soto #251

The following is in essence but not verbatim a summary statement taken of the above named person relative to allegation(s) of misconduct by a Chicago Police Department member.

Annette Garcia stated that she can read, speak and understands English. Garcia stated that she entered the hallway to her apartment building when she was approached by three uniformed male/white officers. Garcia stated that she could not identify or provide a description of the officers. Garcia stated that she could only recall that one of the officers was very tall.

Garcia stated that the officers began to question her about some unknown person who they refused to identify. Garcia stated that the officers told her that someone had pointed her out as the girlfriend of someone. Garcia stated that the officers did not tell her who they talking about. Garcia stated that the officers asked her to open her entrance door to her apartment and she refused. Garcia stated that she was handcuffed in the hallway and the officers asked her to show them the rear entrance to her apartment. Garcia stated that her cell phone rang and one of the officers took her cell phone and answered it and spoke to her mother. Garcia stated that the officer asked her mother for the name of her boyfriend and provided his name as James Worthem. Garcia was escorted to the rear of the building and one of the officers jumped over the fence and proceeded to kick the rear door open.

The officers escorted Garcia inside the apartment and began to search around. Garcia stated that the officers noticed that her bedroom door was closed and the officers requested that she unlock the door and she refused. At that point, one of the officers kicked opened the bedroom door and searched it. Garcia stated that she was taken to the 025th District station and was questioned about the whereabouts of Worthem who is the father of her children. Garcia stated that she was shown a photograph and Worthem and told the officers that Worthem was the father of her children. Garcia stated that she was released from the police station at about 0400 hours, on 24 Apr 07.

Garcia stated when she arrived at her apartment, she noticed that the doors were opened. Garcia stated that she discovered a stereo in the living room, $250 USC, a 27" TV, a smaller TV, DVD, a cell phone, a ring, DVD movies and a cell phone were missing from her apartment. Garcia stated that she does not know who took her items but believes that the officers left her apartment unlocked when they took her to the police station. Garcia stated that she did not make a police report on the missing items.

Continued Statement of Annette Garcia
Log#1012711
Page#2

Garcia stated that she was not sure but believes that it was on 2̶5̶ 23 Apr 07, about 2000 hours, when three other male/white officers kicked opened the rear door and entered her apartment. Garcia stated that she could not identify the officers and could only describe the officers as wearing casual clothing and one of the officers as being tall. Garcia asked the officers what they wanted and they told her to shut the fuck up. Garcia stated that the officers left and she told the officers not to come again because she was leaving. Garcia stated that she walked out of her apartment along with the officers and went to her mother's house which was not to far away. Garcia stated that the officers damage her rear door and broke open two locks to her cabinets.


After reading this summary of 2 pages and being provided with the opportunity to make any corrections, additions, or deletions, I find it to be a true and accurate summary of the interview I had Investigator Roberto Soto #118, on 05 Feb 08.


X _____
Victim, Annette Garcia

X _____
Inv. Roberto Soto #118

✗ Judge DENIED THIS ON 5/8/08

STATE OF ILLINOIS     )
                      ) SS
COUNTY OF COOK        )

FI[...]

MAR 04 2008

**DOROTHY BROWN**
**CLERK OF CIRCUIT COURT**

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS     )
                                    )
            -vs-                    )     No.  07CR 9711
                                    )
JAMES WORTHEM                       )

## MOTION FOR NEW TRIAL

Now comes the defendant, JAMES WORTHEM, by his attorney, EDWIN
A. BURNETTE, Public Defender of Cook County, through JONATHAN
VONGHER, Assistant Public Defender, after a finding of guilty and
before sentencing and respectfully moves this Honorable Court to
set aside the finding of guilty in the above-entitled cause and
grant him a new trial, without prejudice to or waiving the later
discovery of error in the trial record.

**IN SUPPORT THEREOF,** defendant states:

1.   The State failed to prove the defendant guilty of the
charge beyond a reasonable doubt.

2.   The finding is against the weight of the evidence. The
Court did not consider the defendant's testimony that he did not do
the crime.

3.   The defendant was denied due process of law. The Court
should have excluded from its consideration all evidence obtained
against the defendant after he was arrested without probable cause.

4.   The defendant was denied equal protection of the laws.

5. The State failed to prove every material allegation of the offense beyond a reasonable doubt.

6. The defendant did not receive a fair and impartial trial as guaranteed him under Article I, Sections 2,6,8 and 10 of the Constitution of the State of Illinois and under the Fourteenth Amendment to the Constitution of the United States.

7. The Court erred in overruling the defendant's motion for a directed finding at the close of the State's case.

8. The finding is based upon evidentiary facts which do not exclude every reasonable hypothesis consistent with the innocence of the defendant.

WHEREFORE, for the various reasons urged before and during the trial and every error as may appear from the official transcript of proceedings, defendant requests a new trial.

Respectfully submitted,

EDWIN A. BURNETTE, #30295
Public Defender of Cook County

BY: _____
Jonathan Vongher
Assistant Public Defender

| Motion | Date Filed | Proceed |
|---|---|---|
| **1** Complaint for Prelim Exam ✓ | 3/2/2008 | Yes Please |
| **2** Motion For New Trial ① | 3/4/2008 | Yes Please |
| **3** Post Trial Motion ② | 2/29/2008 | *No Thanks |
| **4** Motion For Re-Trial S.Ct. 615 ③ | 2/29/2008 | Yes Please |
| **5** Affidavit of James Worthem and Copies of Post-Trial Motion and Motion for Re-Trial | 2/25/2008 | Yes Please |
| **6** Affidavit of James Worthem and Motion to Dismiss, Motion For ABA Association Attorney, and Motion for Arrest of Judgment | | Yes Please |
| **7** On 07/27/07 I Personally ✓ Demanded Trial | | Let Record Reflect |

( Important please ✓

* on 5/8/08, I heard all of these Motions before the Honorable Judge "John J. Moran" in Skokie Room #108 and he Denied every single Motion and sentenced me to 20 yrs when State PD, offered me 2 years on 11/30/07

, 8  *  Motion To Dismiss ⊕                    2/29/2008           yes Please

9       Javier Flores                          2/29/2008           *No THanks

10      Affidavit of James Worthem ✓           2/29/2008           yes Please

'11  *  Motion for Discovery ⑤                 2/29/2008           yes Please

12      Order                                  2/29/2008           * No THanks

'13  *  Motion For ABA Attorney  6             2/29/2008           yes Please

'14  *  Motion For Judicial Notice  7          2/28/2008           yes Please

'15  *  Motion For Arrest of Judgment  8       2/28/2008           yes Please

16   ✱ Motion For Stay Pending New  ④      2/29/2008      Yes Please
         Trial

17   ✱  Independent Police Review Auth  ✓      3/7/2008      Yes Please
         Statement of Annette Garcia

18      Circuit Clerk of Cook County ·      3/7/2008      I'm aware
         Dated 02/26/08

19   ✱ Affidavit of Annette Garcia  ✓ ⑧      3/10/2008      Yes please

20      Motion to amend or alter the judgement  ⑩      Yes Please

21   ✱ Motion for post verdict/judgment of acquittal  ⑪      Yes Please

22      Motion for relief from the judgement  ⑫      Yes Please

23      Motion for summary judgement  ⑬      Yes Please

24      State's attorney/diane      ✱No Thanks

25   HAbeas coRpus      ⑭      Yes Please

26) Motion that Demands statements/Reports-witnesses  ⑮      Yes Please

27) Motion for sanctions 70LLT  ⑯      Yes Please

28) Motion for objections  ⑰      Yes Please
29) Motion to strike evidence  ⑱      Yes Please
30) Motion to Dismiss Information  ⑲      Yes Please

**FINAL APPROVAL**

CB #: 16888291
IR #: 744098
YD #:
RD #: HN299061
EVENT #: 0711216027

**CHICAGO POLICE DEPARTMENT**

# ARREST REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11. 420C(REV. 6/30)

---

Name: **WORTHEM, James M**

    a.k.a Scott, David

  **Res:** 3958 W Grand Ave, #2ND FL R     **Beat:** 2535
    Chicago, IL 60651

**DOB:** 11 June 1968
**AGE:** 38 years
**POB:** Illinois
**SSN:** 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
**DLN:** W63545368 -IL
**ARMED WITH** Unarmed

Male
White
5' 10"
195 lbs
Blue Eyes
Brown Hair
Short Hair Style
Fair Complexion



**Marks:**  Tattoo Left Side: Tribal Dragon on Neck

            Tattoo Under Eye:Tear Drop on Right Eye

            Tattoo Annette on Lower Left Arm

            Tattoo Heather on Lower Right Arm

---

**Arrest Date:** 23 April   2007 18:55    **TRR Completed?** No    **Total No Arrested:** 1    **Co-Arrests**     **Assoc Cases**

   **Location:** 1427 N Kildare Ave     **Beat:** 2534                          **DCFS Ward ?** No
        Chicago, IL 60651
        303 - Sidewalk

**Holding Facility:** District 025 Male Lockup        **Dependent Children?** No
**Resisted Arrest?**  No

---

| | | | | **Victim** |
|---|---|---|---|---|
| 1 | Offense As Cited | **720 ILCS 5.0/18-1-A** | | Solis, Concepcion |
| | | **ROBBERY** | | |
| | | **Class 2 - Type F** | | |

---

**Felony Review :**  Approved    24 APR 2007 03:11        O'Malley, Michael        State's Attorneys's Office

---

**NO NARCOTICS RECOVERED**

---

**Chicago Police Department - ARREST Report**

CB #: 16666281
WORTHEM, James

---

NO WARRANT IDENTIFIED

---

Name: SOLIS, Concepcion
Res: 1232 N Hamlin
Chicago, IL
773-899-1539

Beat: 0

Male
White Hispanic
DOB:
Age: 50 years

Comments:

Injured? No        Deceased? No

Hospitalized? No

Treated and Released? No

---

NO ARRESTEE VEHICLE INFORMATION ENTERED

---

**Confiscated Properties :**
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    WORTHEM, James,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

---

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)
EVENT #15880 ****THIS IS A 025TH DISTRICT ROBBERY/PUBLIC VIOLENCE TEAM ARREST**** WHILE CONDUCTING A ROBBERY INVESTIGATION R/O LEARNED THAT ABOVE WAS A WANTED OFFENDER FOR A STRONG ARM ROBBERY IN WHICH HE PUNCHED THE VICTIM, KNOCKED HER TO THE GROUND AND FLED THE SCENE WITH SAID PROCEEDS. R/O  DISCOVERED OFFENDER WALKING IN THE VICINITY OF HIS RESIDENCE, PLACED HIM IN CUSTODY, ADVISED RIGHTS AND PROCESSED HIM IN 02TH DISTRICT. OFFENDER HAS ID AND NAME CHECK IS CLEAR SHOWING HIM TO BE CURRENTLY OF PAROLE.

---

Desired Court Date:     30 April 2007
Branch:  50-2    5555 W GRAND - Room
Court Sgt Handle?  No
Initial Court Date:  25 April 2007
Branch:  CBC-1  2600 S CALIFORNIA - Room
Docket #:

BOND INFORMATION NOT AVAILABLE

---

CB #: 16868281

**Chicago Police Department - ARREST Report**

WORTHEM, James

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| Attesting Officer: | #5180 | SCOTT, M R (PC0V237) | 23 APR 2007 20:08 |
|---|---|---|---|

| | | | Beat |
|---|---|---|---|
| 1st Arresting Officer: | #5180 | SCOTT, M R (PC0V237) | 2566B |
| 2nd Arresting Officer: | #6619 | FERRARO, J (PC0T303) | 2566B |

| Approval of Probable Cause : | #164 | MURPHY, J J (PC0Q089) | 23 APR 2007 20:13 |
|---|---|---|---|

*Probable cause was found 1 hour and 18 minutes after illegal arrest of my person, 26 hours after alleged crime*

**Chicago Police Department - ARREST Report**

CB #: 16868291

WORTHEM, James

| | |
|---|---|
| Holding Facility: District 025 Male Lockup | Time Last Fed: |
| Received in Lockup: 23 April   2007 20:21 | Time Called:                                    Phone#: |
| Prints Taken:    23 April    2007 20:32 | Cell #: 7-3    .  Placed in one person cell |
| Palmprints Taken:  Yes | |
| Photograph Taken: 23 April   2007 20:33 | Transport Details : OTHER  2566B     23-APR-2007 18:57 |
| Released from Lockup: 25 April    2007 06:00 | |

| | | | |
|---|---|---|---|
| Is there obvious pain or injury? | No | Presently taking medication? | No |
| Is there obvious signs of infection? | No | (if female)are you pregnant? | |
| Under the influence of alcohol/drugs? | No | First time ever been arrested? | No |
| Signs of alcohol/drug withdrawal? | No | Attempted suicide/serious harm? | No |
| Appears to be despondent? | No | Serious medical or mental problems? | No |
| Appears to be irrational? | No | Are you receiving treatment? | No |
| Carrying medication? | No | | |

24 APR 2007 09:38 11660    BASURTO, Saul (PC0M959) :    7-3

Name : REFUSED

Res:                                              Beat:

NO INTERVIEWS LOGGED

NO VISITORS LOGGED

**Chicago Police Department - ARREST Report**

CB #: [ 16688281 ]

WORTHEM, James

| Action | By | | | Destination | Reason |
|--------|-----|---|---|-------------|--------|
| RELEASED BY | #1944 | Ortega, Nicholas M (PC0P344) | 23 APR 2007 21:51 | District 025 Male Lockup | |
| RECEIVED BY | #20447 | Benavides, Ralph (PC0M517) | 23 APR 2007 21:51 | Area 5 | Line Up |
| RECEIVED BY | #16198 | Ripley, Matthew A (PC0Y070) | 24 APR 2007 03:12 | District 025 Male Lockup | Returned From A/5... |

**Watch Commander Comments:**

DOES NOT APPLY TO THIS ARREST

| | | | | Beat |
|---|---|---|---|------|
| Searched By: | #16767 | GUZIK, W G (PC0F087) | | |
| Lockup Keeper: | #13217 | KNIAZ, S E (PC0U580) | | |
| Assisting Arresting Officer: | #18662 | BEESE, D G (PC0H050) | | 2566A |
| Assisting Arresting Officer: | #19423 | CALLE, D L (PC0G177) | | 2566A |
| Assisting Arresting Officer: | #4427 | MOTYKA, J S (PC0V423) | | 2566B |
| Fingerprinted By: | | WILLABY, H D (PC0Y424) | | |
| Detective : | #20871 | Pagan, Dennis (PC0S761) | 24 APR 2007 03:11 | 5568 |

| | | | | Beat |
|---|---|---|---|------|
| Final Approval of Charges : | #596 | SCHWIEGER, S M(PC0N914) | 24 APR 2007 09:29 | |

# AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, JAMES M. WORTHEM, affiant, do herebye declare and affirm UNDER PENALTY OF PERJURY as defined in 735 IUCS 5/1-109 that everything CONTAINED herein is TRUE and accurate to the best of MY knowledge and belief. I furtHer declare and affirm that the CONTENTS OF the foregoing document(s) are Known to Me and are accurate to the best of My Knowledge and belief. Finally I do declare and affirm that the Matter at hand is not taken either Frivolously or Maliciously and that I believe the foregoing MATTER is TAKEN in good faith.

Subscribed and ~~Sworn~~ Affirmed to before Me this 25th day OF February 2008.

_Carmella K. Richardson_
NOTARY PUBLIC.

_April 21, 2010_
EXPIRATION OF COMMISSION:

Signed on This 25 day OF February 2008

/S/ _James Worthem_
AFFIANT

OFFICIAL SEAL
CARMELLA K RICHARDSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/21/10