UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

08cv3200
United States District Court
219 S. Dearborn St
Chicago, IL 60604

RECEIVED
JUN 17 2008
CLERK, U.S. DISTRICT COURT

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chief of Criminal Appeals
Illinois Attorney General's Office,
100 West Randolph - 12th Floor
Chicago, IL 60601

A. Signature
X _____ RECEIVED _____ □ Agent / □ Addressee

B. Received by (Printed Name) APR 0 6 2008 ATTORNEY GENERAL
OFFICE SRVCS MAILROOM

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

3. Service Type
☒ Certified Mail   □ Express Mail
□ Registered       □ Return Receipt for Merchandise
□ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee) □ Yes

2. Article Number (Transfer from service label)
7006 0100 0001 7313 7055

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FILED
JUN 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT