# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

James M. Worthem
PLAINTIFF

VS.

Roger E. Walker et, al.
DEFENDANT(S)

**FILED**
JUN 2 3 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NO: 08 CV 3200

Virginia M. Kendall
Honorable Judge

COX
MAGISTRATE JUDGE

## STATEMENT

I, James M. Worthem, A state prisoner, brings this pro-se petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254. Your Honorable Judge, I am in receipt of the above case number and your statement on said docket entry. Please do not dismiss my petition for a writ of habeas corpus until you hear my reasons and facts that I can prove by way of court transcripts and by way of the common law record to the criminal case # 07CR09711. I did file a notice to appeal on 5/8/08 and also I filed a motion to reconsider sentence but the Honorable Judge John J. Moran at Skokie denied every single one of my 21 motions that I filed myself within the court and I even demanded trial by jury on 7/27/07 but the Judge took that and my receipt of psych meds at the time as a bona-fide doubt to my sanity in direct violation of S. Ct Rule # 413. The psych doctor Mr. Marcos found me super fit for trial within 5 minutes of our meeting. I then sent in timely filed motions for A.B.A. attorney, discovery motion, dismissal of charge due to speedy trial violation and this was all sent to the clerk of the court at Skokie and to the States attorney on 10/13/07 but the court room clerk never stamp filed my timely motions but instead handed them over to Assistant public defender Jonathan Vonghere and on 11/5/07 He told me that I couldn't file my own motions at which violated my 6th Amend. right and also 95 S. Ct 2525. A defendant not only has a right to make a defense but also to prepare his own defense and I wrote 2 complaints to the A.R.D.C. about the conduct of this A.P.D. and they wrote back and instructed me to voice this to the Judge but

\* 1 OF 7

Mr. Moran only admonished by by stating that I have the best P.D. in the court room. Also on 7/27/07, As I made out a prima facie case showing that I have been illegally arrested and that I should be at home with my kids and wife and that I was working for a Roofing Co. driving a truck for a living and paying rent to my own apt. So Judge told P.D. to make a motion for Quash arrest, supress evidence under Fruits of poisonous tree doctrine, but then on 8/3/07 I proved to P.D. that I am being illegally held against my will, there is no probable cause, no search warrant to illegally kick down my doors to Apt twice and come out of the premises with no evidence of any wrongdoings and I told him over and over to please give me effective assistance of counsel and right after I told him all of this I personally viewed P.D. Jonathan Vongher go into court room and he and the Honorable Judge went into Judges Chambers, after 5 minutes or so I was called into the court room and then given a court date of 9/10/07, at which Mr. Vongher then shows me some document that he would not allow me to view with my own hands as he never went through any of the discovery with me, only talked plea bargaining. So this Mr. Vongher tells me that probable cause was that C.P.D. showed alleged robbery victim my photo along with 6 others on the I Scan computer and I then tell Mr. Vongher it's not true and I want a handwriting analysis on that new writing on document he said it would never happen. I also spoke to Mr. Vongher as I did to C.P.D. that if I was arrested for a crime I did not commit and I was to be locked up, my life would be in grave danger because I was also in 2006 working with F.B.I. Agents in obtaining drugs and information from know drug dealer and gang chiefs Alive and because I am the reason why 2 gang chiefs are currently awaiting trial at the Dirksen Federal Building, I also went before a Grand Jury so these 2 individuals could properly be indicted, I wore wires and cameras and tracking devices with recordings and these 2 guys got word somehow that it was me and put out a death hit

out on my life but all failed to listen to Reason or truth but all seen the truth on 7/27/07 as I came to court with 5 stitches in my left ear and bruises and bumps all over my face and head and this was all done by inmates in I.D.O.C. of whom knew about my the hit on me and I told I.D.O.C. officials at Pinckneyville c.c. 2 weeks before I received an emergency transfer and the guys whom were put in seg were heard over the phone by Internal Affairs and was in receipt of letters written about me but still put me in population and the guys of whom were put in seg at Pinckneyville because of the threats on my life were somehow being transferred on the same day as I was but from Lawrenceville c.c. on 7/25/07 and going to the same prison (Pontiac for a court writ) but also on the same bus so prison officials put me in seg were I am again at now, I was shackled and cuffed side by side and awaiting to be put on Stateville bus when all of a sudden the guys of whom went to seg because of me were cuffed in the front and before I could notice, I was attacked viciously as they used their cuffs as weapons and beat me all about the head and face areas, I have pictures by Internal Affairs at Logan c.c. were all this occured and I Demanded for pictures taken and for those guys to receive felony assault court cases but I.D.O.C. fails to Grant me that right and now I'm awaiting to be placed in a special protective custody but have been in seg since June 7th and they again made a mistake by putting me in population again until I told them of my situation. So the Judge and P.D. Refused to help me and I wrote up the whole situation on a grievance but I.D.O.C. officials Refuse to answer my grievance but now I filed a complaint at the Federal District court. Please note that all that I am stating is all on the court Room transcripts and I also did write up the Judge for his violation of Cannon Laws 61 through 63 and P.D. Supervisor Camile Cozlowski even told me over the phone in Division 9-3-H on March 6th of 08 at approx 3:45 pm that the Judge and all were in receipt of my timely filed motions on 10/13/07 but he Refused to put em on the court Docket or have his clerk stamp file it and that the Judge wouldn't allow me to object to any

*3 of 7

STATEMENT CONTINUED. CASE NO: 08CV3200

wrongs in court. Also on 9/26/07, A.P.D. Jonathan Vougher spoke to me very quickly as I was in the courts bull pen, that he was assigned to another court room and wouldn't be representing me any longer and asked what I wanted done with my Discovery. I clearly stated that I would like for him to leave Discovery in the court room and that I have motions that I was personally going to file within the court room on this day and those motions were A.B.A. Attorney, Discovery motion, and motion to Dismiss on speedy trial violations. Then another Assistant P.D. named Ann Boran came out as soon as Mr. Vougher left and told me that she was now representing me but I respectfully told her that I didn't want the services of the Public Defenders office and that if the Judge would not honor my motion for A.B.A. Attorney then I would go pro-se, and became very rude and beligerent with me before going back into the court room and within 5 minutes afterwards, a court room bailiff of whom I never seen before this day called out my name so as to enter the court room but before entering he strictly instructed me that the Judge does not want to hear my mouth and that I better keep my F***in mouth closed once inside. I quickly told him that I have motions to file and that as always I exercise my first Amendment Right to the United States and he said "Not any more your not" always upon entering the court room I greet your honor in a most humble and respectful way and once up to the podium in front of your honor I put all of my legal work on top and raised my hand "and stated" Greetings your - Bamm - just that fast I was hit in my lower back and as I yelped, I was again punched in the back of my head and all of my legal documents fell off of the podium and the A.P.D. Ann Boran of whom was standing next to me, said "Ohh my God" and the States Attorney stepped back and out of the way and as I told the Judge "your honor-he's hitting me please stop him but I was ignored. Judge only quickly gave me a court date of 10/12/07. As I began picking up all my legal work off the floor, I was forcefully grabbed and escorted quickly out of court room that was full of people. As soon as I opened the court door to hallway, I was kicked and punched again in head, I fell to the floor and all my legal papers flew everywhere and I was knocked unconscious for

#4 OF 7

a few seconds/minutes but when I came to, the bailiff was still on top of me punching me everywhere and I began yelling for help and the other court room bailiffs and their Sgt was only watching the whole ordeal until Mr. Boyle got tired of beating me and both bull pens where full of other inmates. I was then handcuffed in the front of me due to my left elbow being split open from the fall I guess. Once escorted back down stairs I got dizzy again and next thing I know I'm being taken into an ambulance to Rush North Shore hospital located in Skokie where I was then seen by a Dr. Cruz of whom took x-rays and checked me out and my mouth was all busted open and the Dr. stated that I had contusions all about the head, face and back areas and released me a few hours later. So from that day of 9/26/07, I was left in a heightened danger zone all the way up to my trial day on 2/4/08, the P.D. and states attorney on that date completely disappeared off my case and court room but the judge never admonished nor arrested the court room bailiff nor put an order of protection on me, the A.P.D. on 10/12/07 Mr. Vongher was again somehow representing me and not even him or the P.D. supervisor Camile Cozlowski, the new states attorney "Diane" or the judge did not ensure my safety so as to not have bailiff assault me again but he continued to escort me while continually threatening my person, and other bailiffs threatened my life, I did write a grievance and is still being under investigation and then I filed an order of protection at 26th and California clerk and the bailiff was gone after the 2/4/08, at which the bailiff told me that if I did not drop my law-suit that has been granted by the federal courts and my I-A investigations on him that since he and judge were friends that the judge would find me guilty and on sentencing day even the judge is heard on record that he was aware that something occured in his court room on 9/26/07 but by the time he was done writing something and looked up I was being escorted out the court room and that he did hear me yelling in the hall way but I was yelling for help but this judge knows what happend he has 2 cameras in his court room and the truth is already out, I did write a complaint against the judge to the Judiciary Inquiry board, it's been 2 months and have not heard anything, I wrote the P.D.'s office, I.D. twice with A.R.D.C and I had the A.P.D. Mr. Vongher ask about the probable cause on 11/5/07 and the judge even asked the state and state said that

*5 of 7

STATEMENT CONTINUED: CASE No: 08 CV 3200

C.P.D. still has not given them the photos off computer that the alleged victim supposedly picked me out of 6 other photos at which provided probable cause. This victim that showed up at my prelim hearing could not pick me out until the state pointed at me and this victim could not speak english, and is a woman but yet my police report states that the Robbery victim is a male white hispanic and sustained no injuries nor hospitalization. I asked for the victims immigration status and was denied that also and C.P.D., States Attorney and victim said that victim was Hospitalized but did not come up with any hospital reports, the Judge at preliminary hearing, the state and A.P.D. said that the victim was on Green Street far away from my house but at trial the victim said she was on Grand Street and she now knows me by this tribal dragon on my neck and even C.P.D. admitted on the stand that they had no warrants for my arrest and the photos off computer were deemed destroyed and never admitted into evidence, C.P.D. admitted using excessive force in kicking down my doors and that I was not doing anything unusual in their presence at my time of arrest 26 hours after alleged robbery. ★ Your Honorable Judge Kendall I am honestly innocent and my 1st, 4th, 5th, 6th, 8th, and 14th Amendments to the United States const. has seriously been violated all the way around the board and I can't stress enough to you of how much I truly appreciate your Honor taking the time out to read my statement here but please Do not Dismiss my petition of Habeas corpus without first looking at the court transcripts and common law record in my case #07CR09711 and yes I did appeal my case from the state court to the Appellate court and I just recently received a letter from the paralegal Anna Gregoline stating that they have been appointed to represent me at the Appellate Defender's office at 203 North Lasalle Street 24th Floor, Chicago Ill, 60604 (312) 814-5472. I did file a Habeas corpus along with all my other motions that I filed at 26th and California and I am sending you a copy of all listed motions I filed at court and the Judge has been prejudicial towards me for reasons unknown to me but yet I continued to respect him as I do all people. I will be the very first to admit that my past is not at all or in the least bit pleasing, and I have no excuses for my past except that of poor choices and ignorance but please

STATEMENT CONTINUED: CASE NO: 08CV3200

With reason know that when I did from 1995 until 2005 in the I.D.O.C, I became very educated in that I received my G.E.D. and I obtain 5 different vocational courses, I'm E.P.A certified universally in HVAC/R and I have my associates degree in Liberal Arts and was working toward my Bachelors Degree. When I went home I worked harder than ever and by the time I came home I had this beautiful 10 year old daughter of whom is now 13 and my 24 year old daughter is at Loyola University in her last year of studies on autopsies and forensics and I have a good 19 year old son all from the same woman I've been with for the last 26 years. I was even going to truck driving school by night when I was illegally arrested on 9/23/07. I feel so good today and everyday I am blessed and I was offered 2 years on 11/30/07 by the State and P.D.'s office and I said no I demand trial for the second time, I am not giving you's a conviction when I am seriously innocent and as soon as I was found guilty on 2/4/08, the P.D. office stopped taking my calls and on 3/10/08 Mr. P.D. Vaugner withdrew off my case and I went pro-se the rest of the way. I was never given my discovery, I received my prelim-report and charging information document 6½ month into the case and when it did come to me by mail, it was open by C.C.J. and not even stamped "Legal Mail" or privileged mail but P.D. Vaugner simply wrote "Reading Material" on 5/8/08. Judge Moran told me that he read every single motion that I filed and we all went through them one by one and I asked again how he found me guilty without probable cause or warrants, nobody would answer this. The Judge denied all my motions with extreme prejudice and gave me a 20 year sentence because I wouldn't take their 2 year plea offer on 11/30/07. The laws and truth of this matter will come to a bright shiny light one day and this judge has made a complete mockery out of the judicial system and if he felt so much hatred towards me why didn't he just recuse himself? The only court system that has given me any benefit of the doubts has been the Northern District Federal courts and I have 7 law-suits in that building and all has been granted so far, so if I was to file a post-conviction petition in the same court as the judge on my case, he will only deny that also, but yes I did appeal and please know that as soon as I get the payment for the filing of the habeas corpus petition I will send it to the District Clerk. I'm sorry that it took so long to respond back but I.R.C.C. has me in seg under investigation cause of the threats on my life and am awaiting to be placed in protective custody here. I am unable to make calls or go to law-library. Again please don't dismiss my petition and I pray that it is ripe for review.

* God bless you and your court & thank you your Honor. /s/ James Wortham

James Worthem #07CR04711 — Honorable Judge ~~[redacted]~~
My Criminal Case # in State Court at the Skokie Court House. — * Kendall △
# 08CV 3200

| Motion | | Date Filed | Proceed |
|---|---|---|---|
| 1 | Complaint for Prelim Exam ✓ | 3/2/2008 | Yes please |
| 2 | Motion For New Trial ① ✓ | 3/4/2008 | Yes please |
| 3 | Post Trial Motion 2 ✓ | 2/29/2008 | * No Thanks |
| 4 | Motion For Re-Trial S.Ct. 615  3 ✓ | 2/29/2008 | Yes please |
| 5 | Affidavit of James Worthem and Copies of Post-Trial Motion and Motion for Re-Trial ✓ | 2/25/2008 | Yes please |
| 6 | Affidavit of James Worthem and Motion to Dismiss, Motion For ABA Association Attorney, and Motion for Arrest of Judgment ✓ | | Yes please |
| 7 | On 07/27/07 I Personally Demanded Trial ✓ | | Let Record Reflect |

* even filed Motion to Quash arrest, suppress evidence under "Fruits of the Poisonous Tree Doctrine.

* 21 Motions Filed & Denied on 5/8/08 - sentencing date

* Also filed on 5/8/08 Motion to Reduce sentence and I filed a Notice to
* Appeal both conviction and sentence to Appellate Court.

| 8 * | Motion To Dismiss 4 | | 2/29/2008 | yes please |
| --- | --- | --- | --- | --- |
| 9 | Javier Flores ✓ | | 2/29/2008 | *No THanks |
| 10 | Affidavit of James Worthem ✓ | | 2/29/2008 | yes please |
| 11 * | Motion for Discovery 5 | | 2/29/2008 | yes please |
| 12 | Order ✓ | | 2/29/2008 | * No THanks |
| 13 * | Motion For ABA Attorney 6 ✓ | | 2/29/2008 | yes please |
| 14 * | Motion For Judicial Notice 7 ✓ | | 2/28/2008 | yes please |
| 15 * | Motion For Arrest of Judgment 8 | | 2/28/2008 | yes please |

| | | | |
|---|---|---|---|
| 16 | * Motion For Stay Pending New Trial  9 | 2/29/2008 | yes please |
| 17 | * Independent Police Review Auth ✓✓ Statement of Annette Garcia | 3/7/2008 | yes please |
| 18 | Circuit Clerk of Cook County ✓ Dated 02/26/08 | 3/7/2008 | I'm aware |
| 19 | * Affidavit of Annette Garcia ✓ yes | 3/10/2008 | yes please |
| 20 | Motion to amend or alter the judgement 10 ✓ | | yes please |
| 21 | * Motion for post verdict/judgment of acquittal 11 ✓ | | yes please |
| 22 | Motion for relief from the judgement 12 | | yes please |
| 23 | Motion for summary judgement 13 | | yes please |
| 24 | State's attorney/diane ✓ | | *NO THANKS |
| 25 | HAbeas CoRpus 14 | | yes please |
| 26) | Motion that Demands statements/Reports - witnesses 15 ✓✓ | | yes please |
| 27) | Motion for sanctions tort 16 | | yes please |
| 28) | Motion for objections 17 | | yes please |
| 29) | Motion to strike evidence 18 | | yes please |
| 30) | Motion to Dismiss information 19 | | yes please |

*[Handwritten at top:]* **TO: Honorable Judge Virginia M. Kendall**  **NO: 08CV3200**



Attorney Will W. Landsberg
 *Chair*
Honorable John Q. Steele
 *Vice Chair*
Honorable Donald C. Hudson
John E. Kreisler
Attorney Tom Leahy
Raymond J. McGury

**STATE OF ILLINOIS**
**JUDICIAL INQUIRY BOARD**

Attorney Kathy D. Twine
 *Executive Director*
 *General Counsel*

100 West Randolph Street
Suite 14-500
Chicago, Illinois 60601-3233
312/814-5554
800/227-9429
TDD 312/814-1881
FAX 312/814-5719

# COMPLAINT AGAINST A JUDGE

> **Instructions:** Please type or print all information. If you wish to provide documents to support your allegations, please attach copies of those documents. **We cannot return documents.** You must designate specifically the particular words, diagrams or pictures contained in any documentation submitted which substantiates your allegations. Documentation without the required designation will not be considered. **The Board's jurisdiction extends only to active Illinois Supreme Court Justices, Appellate Court Justices, and Circuit Court Judges.** Return Complaint to the above address.

Your Name: **JAMES MICHAEL WORTHEM**

Address: **2700 SOUTH CALIFORNIA**

City: **Chicago**   State: **Illinois**   Zip: **60608**

Daytime telephone: ( ) _____

Evening telephone: ( ) _____

I have information of possible misconduct or disability on the part of the following Illinois judge:

First and Last Name of Judge: **JOHN J. MORAN**

City and County: **5600 Old Orchard Road, Skokie ILL, 60077 RM #108**

Court Level:   ☐ Supreme Court   ☐ Appellate Court   ☒ Circuit Court

## STATEMENT OF FACT

1. When and where did this happen?

Date(s): __9/26/07__   Time: __Approx 12: Noon__

Location: __Court Room #108, 5600 Old Orchard Rd, Skokie Ill, 60077__

2. If your information arises out of a court case, please answer these questions:

(a) What is the name and number of the case?

Case Name: __Robbery__

Case Number: __07CR09711__

(b) What kind of case is it?   (Please check one below)

☑ Criminal          ☐ Probate

☐ Domestic Relations    ☐ Law

☐ Juvenile          ☐ Municipal

☐ Small Claims

☐ Other (specify): _____

(c) What is your relationship to the case?

☐ Plaintiff/Petitioner

☑ Defendant/Respondent

☐ Attorney for: _____

☐ Witness for: _____

☐ Other (specify): _____

(d) If you were represented by an attorney in this matter at the time of the conduct of the Judge, please identify the attorney:

Name: ANN BARAN (Assistant public Defender)

Address: 5600 Oldorchard Road, Skokie ILL 60077.

Telephone Number: (847) 470-7400

(e) Identify any other attorney(s) who represented you or any person involved in the case:

Name of Attorney: Jonathan Vonahek / Camile Cozlowski

Address of Attorney: 5600 Oldorchard Road, Skokie ILL, 60077

Telephone Number: (847) 470-7400

Attorney Represented: Now I am pro-se before sentencing.

3. List *documents that help support your information that the Judge has engaged in misconduct or has a disability, noting which ones you have attached: A Motion by X-PD John Vonahek for a new trial of which is because Judge asked the State, what probable cause they have on 11/5/07 and knowing that C.P.D. and state Destroyed sole evidence, Judge found me Guilty anyways.

*NOTE: Documents will not be returned. Please send copies only. You must designate specifically the particular words, diagrams or pictures contained in any documentation submitted which substantiates your allegations. Documentation without the required designation will not be considered

4. Identify, if you can, any other witnesses to the conduct of the Judge:

Name: Chief Judge MRS. Shelly Sutkadermer

Address: 5600 Oldorchard RD. Skokie ILL, 60077

Telephone Number: (847) 470-7300

5. Specify below the details of what the Judge did that you think constitutes misconduct or indicates disability: (Please type or print legibly - attach additional sheet if necessary).

The Judge allowed his court room bailiff "Mr. Boyle" to violently assault my person both inside and outside his courtroom on 9/26/07, sending me to an outside hospital where I suffered multiple contusions about the head, face, and back areas for "only" the exercise of my 1st Amend. Right to freedom of speech. The Judge never admonished the bailiff but instead kept me in a heightened danger zone all the way upto the last date of trial on 2/4/08 at which the bailiff continued to taunt and threaten my person and told me that if I did not drop my law suit on him that since he/bailiff and Judge are friends that Judge would find me guilty. I am now the reason why Bailiff is not allowed to be near me due to my filing an order of protection. Judge denied me the right to effective assistance of counsel, A.R.D.C. instructed me to voice my concerns to Judge but he forced me to have an A.P.D. and forced a P.C.X. on me when I never created a bona-fide-doubt in his mind. Judge violated the Canon laws 61 thru 63. Unproffessional

* * *

Your Signature: James Witham
Date: April 29th of 2008