UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES M. WORTHEM
PLAINTIFF

VS.

I.D.O.C. Walker et al
DEFENDANT(S)

FILED
JUN 23 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NO: 08 CV 3200

MRS KENDALL
Honorable Judge

_____
Magistrate Judge

### NOTICE OF Institutional name(s)

Honorable Judge Mrs Kendall, I humbly request with all due respects to your honor, that the Cook County Jail messed up on my name when I had completely finished my parole time in I.D.O.C. My real biological name is James M. Worthem, I was born on 6/11/1968 and my social security no. is 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. My name is not "David Scott" but please take notice that my I-D # of B-12624 is under both names in I.D.O.C., but because C.C.J. delivered me to I.D.O.C. under the name David Scott, it's whats on my I-D here. My criminal case # is 02CR9711 and is under James M. Worthem as is all of my other suits filed in the federal courts. I got arrested on 4/23/07 and have not been released since then and I used my bio name. Please do not court sanction me for this infraction. Thank you.

TO: Honorable Judge
Mrs Kendall
219 South Dearborn St
Chicago Illinois 60604

FROM: James M. Worthem
(AKA) David Scott #B-12624
P.O. Box 1900
Canton Ill, 61520

### PROOF OF SERVICE

I, James M. Worthem, Plaintiff/Pro-Se, hereby certify that I mailed a copy of the above notice of institutional name(s) that C.C. Jail mixed up on their negligence therein to the District Court Clerk. I acknowledge that this case is still pending before your honor but I am only respectfully keeping you posted. This is sent on 6/17/08 at or before 7pm, with proper postage pre-paid.

/s/ James Worthem
    David Scott
    (AKA)